RECEIVED
BY:
JAN 1 5 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **CHARLES RAY SNOW** | **CIVIL ACTION NO. 07-1970-P** |
| **VERSUS** | **JUDGE WALTER** |
| **WARDEN TIM WILKINSON** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of <u>habeas corpus</u> be **DENIED AND DISMISSED WITH PREJUDICE**, <u>sua sponte</u>, because it is time barred by the one-year limitation period imposed by the AEDPA.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 14th day of January, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE